**No. 09-461. Stephen Michael West, Petitioner v. Ricky Bell, Warden.**

559 U.S. 970, 130 S. Ct. 1687, 176 L. Ed. 2d 180, 2010 U.S. LEXIS 2142, ▬

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 550 F.3d 542.

**No. 09-531. Haskell County Board of Commissioners, et al., Petitioners v. James W. Green, et al.**

559 U.S. 970, 130 S. Ct. 1687, 176 L. Ed. 2d 180, 2010 U.S. LEXIS 2057.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 568 F.3d 784.

**No. 09-601. Volvo Construction Equipment North America, Inc., Petitioner v. Isaac Rose, et al.**

559 U.S. 970, 130 S. Ct. 1731, 176 L. Ed. 2d 180, 2010 U.S. LEXIS 2133.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 331 Fed. Appx. 388.

**No. 09-602. David Boyd, Petitioner v. Guidant Sales Corp.**

559 U.S. 970, 130 S. Ct. 1688, 176 L. Ed. 2d 180, 2010 U.S. LEXIS 2175.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 341 Fed. Appx. 972.

**No. 09-606. Javitch, Block & Rathbone, LLP, et al., Petitioners v. Delores Hartman, et al.**

559 U.S. 971, 130 S. Ct. 1688, 176 L. Ed. 2d 180, 2010 U.S. LEXIS 2166.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 569 F.3d 606.

**No. 09-608. Sincerely Yours, Inc., et al., Petitioners v. Bertram Cooper, et al.**

559 U.S. 971, 130 S. Ct. 1688, 176 L. Ed. 2d 180, 2010 U.S. LEXIS 2164.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 577 F.3d 479.

**No. 09-687. UNC Lear Services, Inc., et al., Petitioners v. Kingdom of Saudi Arabia, et al.**

**No. 09-845. Kingdom of Saudi Arabia, et al., Petitioners v. UNC Lear Services, Inc., et al.**

559 U.S. 971, 130 S. Ct. 1689, 176 L. Ed. 2d 180, 2010 U.S. LEXIS 2091.

March 1, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same cases below, 581 F.3d 210.

**No. 09-705. Francisco Molina, Jr., Petitioner v. Superior Court of California, Contra Costa County, et al.**

559 U.S. 971, 130 S. Ct. 1690, 176 L. Ed. 2d 180, 2010 U.S. LEXIS 2123.

March 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 09-707. Beulah Johnson, Petitioner v. Kmart Corporation, et al.**

559 U.S. 971, 130 S. Ct. 1690, 176 L. Ed. 2d 180, 2010 U.S. LEXIS 2189.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 851.